# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DE'ANGELO MANUEL, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 20-00372-CG-N |
| SGT. DAILEY, <u>et</u> <u>al</u>., | : |
| Defendants. | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 10th day of September, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE